IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

James E. Damron, *et al.*,                    :

     Plaintiffs,    :  Civil Action 2:09-cv-50

 v.          :  Judge Marbley

Gary Sims, *et al.*,      :  Magistrate Judge Abel

     Defendant.   :

**ORDER ADOPTING REPORT AND RECOMMENDATION**

On August 20, 2010, the Magistrate Judge issued a Report and

Recommendation (Doc. 261) recommending that Plaintiffs' Motion for Partial

Summary Judgment (Doc. 189) be denied.  Plaintiffs are a group of prisoners who

claim that they have been denied various religious accommodations which they

require as adherents of the Christian Separatist faith.  The Court has previously

denied two of Plaintiffs' other motions for partial summary judgment (Docs. 141,

279), each time on grounds that the motion failed to explain Plaintiffs' claims in

enough detail to present a controversy which the Court could resolve.  The

Magistrate Judge recommended that the most recent motion for partial summary

judgment be denied for the same reason.

In response to this Report and Recommendations, Plaintiffs filed a Motion in

Objection to and Reconsideration of Report and Recommendation (Doc. 269).  This

took the form of a new motion for summary judgment, articulated reasons why the

Plaintiffs claimed they had been unlawfully denied religious accommodations, and

was accompanied by several exhibits.  The Court finds that this is a motion for

summary judgment for purposes of Fed. R. Civ. P. 56.  Accordingly, the Magistrate

Judge's Report and Recommendation on the prior motion (Doc. 261) is **ADOPTED**,

and the objections thereto will be deemed a separate motion.  Plaintiffs' prior

motion for partial summary judgment (Doc. 189) is **DENIED**.

Defendant is **ORDERED** to file any opposition to Plaintiffs' motion on or

**Friday, January 21, 2011**.  If and when Defendant files a memorandum contra

Plaintiffs' motion, Plaintiffs shall have the time prescribed by rule to file a reply in

support of their motion.

It is further **ORDERED** that, if any party should wish to file any other case-

dispositive motions in this action, he must do so on or before **Monday, January 31,**

**2011**.


s/Algenon L. Marbley
United States District Judge