IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| James E. Damron, *et al.*, | : | |
| Plaintiffs | : | Civil Action 2:09-cv-00050 |
| v. | : | Judge Marbley |
| Wanza Jackson, *et al.*, | : | Magistrate Judge Abel |
| Defendants | : | |

**ORDER**

Plaintiff Damron's September 14, 2012 motion for a transcript of settlement conferences held on July 9 and August 15, 2012 for purposes of appeal (doc. 349) is DENIED because no notice of appeal has been filed and the time for filing an appeal has expired.

Under the provisions of 28 U.S.C. §636(b)(1)(A), Rule 72(a), Fed. R. Civ. P. and Eastern Division Order No. 91-3, pt. F, 5, either party may, within fourteen (14) days after this Order is filed, file and serve on the opposing party a motion for reconsideration by the District Judge. The motion must specifically designate the order, or part thereof, in question and the basis for any objection thereto. The District Judge, upon consideration of the motion, shall set aside any part of this Order found to be clearly erroneous or contrary to law.

s/Mark R. Abel
United States Magistrate Judge