**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **JAMES E. DAMRON,** | : | |
| | : | Case No. 2:09-CV-50 |
| **Plaintiff,** | : | |
| | : | **JUDGE ALGENON L. MARBLEY** |
| v. | : | |
| | : | Magistrate Judge Deavers |
| **WANZA JACKSON,** *et al.*, | : | |
| | : | |
| **Defendants.** | : | |

## ORDER

This matter is before the Court on the United States Magistrate Judge's **Report and Recommendation.** (Doc. 359.) On December 23, 2015, the Magistrate Judge issued the Report and Recommendation, recommending that Plaintiff James E. Damron's Motion for Writ of Assistance to Enforce and to Show Cause (Doc. 354) be denied. The Report and Recommendation specifically advises the parties that the failure to object to the Report and Recommendation within fourteen days results in "a waiver of the right to *de novo* review by the District Judge and waiver of the right to appeal the judgment of the District Court." (Doc. 359 at 6.) The parties have failed to respond. The deadline for objections lapsed on January 11, 2016.

The Court hereby **ADOPTS** the Report and Recommendation based on the independent consideration of the analysis therein. Accordingly, Plaintiff's Motion is **DENIED**.

IT IS SO ORDERED.

                                                          s/ Algenon L. Marbley
                                                          **ALGENON L. MARBLEY**
                                                          **UNITED STATES DISTRICT JUDGE**

**DATED: January 14, 2016**